# IN THE SUPREME COURT OF THE STATE OF NEVADA

REED ROLAND REYNOLDS,
          Appellant,
        vs.
MARY GRACE BANKS,
          Respondent.

No. 73569

FILED

APR 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Kimberly A. Wanker, District Judge
       Gerrard Cox & Larsen
       Travis E. Shetler
       Nye County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-12460